DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff
Robert Chin Suzuki

FILED
Clerk
District Court

FEB -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT CHIN SUZUKI, | CIVIL CASE NO. 08- |
| | CV 08 0005 |
| Plaintiff, | |
| vs. | |
| MING HUA Q. YOON, | COMPLAINT |
| Defendant. | |

COMES NOW Robert Chin Suzuki, by and through counsel, and for his Complaint states and alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has diversity jurisdiction under 28 U.S.C. Section 1332 as this matter involves citizens of different states and the matter at issue is more than $75,000.00  The Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

2. Venue is proper in this Court.  Defendant resides in the Commonwealth of the

1

Northern Mariana Islands ("CNMI") or had transacted her affairs in the CNMI. Additionally the facts giving rise to this lawsuit occurred within this District.

## PARTIES

3. Plaintiff Robert Chin Suzuki ("Mr. Suzuki") is a citizen of the United States of America residing in the Commonwealth of the Northern Mariana Islands.

4. Defendant Ming Hua Q. Yoon ("Ms. Yoon), on information and belief, is and at all times herein mentioned, a citizen of China residing in the Commonwealth of the Northern Mariana Islands.

## FACTS

5. At all times herein mentioned, Mr. Suzuki was the driver of a 1997 Toyota T-100 pick up truck, with license plate number "Kuling."

6. At all times herein mentioned, Ms. Yoon was and is the registered owner of a 2004 Toyota Camry, with license plate number ACE 355.

7. On or about October 24, 2007 at 8:10 a.m., Mr. Suzuki was traveling south along the W2 Highway in Gualo Rai, by the traffic intersection in Marpac. Then suddenly and without warning, Ms. Yoon, coming from the street by CMS, failed to yield to the right of way in entering the highway, and struck the passenger side of Mr. Suzuki's vehicle. The impact pushed Mr. Suzuki's vehicle to the southbound inner lane. Ms. Yoon again hit Mr. Suzuki's

vehicle on the cab and rear side causing Mr. Suzuki's vehicle to spin around and later stop on the southbound inner lane facing west.

8.  The force of the impact resulted in injuries to Mr. Suzuki and his vehicle being severely damaged. An ambulance was called and Mr. Suzuki was taken to the Commonwealth Health Center.

9.  The Department of Public Safety investigated the accident and concluded Ms. Yoon was at fault. A true and correct copy of the Traffic Crash Report is attached as Exhibit "A."

10.  Ms. Yoon, with reckless indifference to the safety of others, recklessly, grossly, negligently and carelessly operated her car and failed to keep a proper look out for other users of the road including Mr. Suzuki, all in violation of the CNMI's vehicular laws, so that her vehicle collided with Mr. Suzuki's vehicle, proximately causing Mr. Suzuki's injuries and damages complained of herein (the "accident").

11.  At all times herein mentioned, Mr. Suzuki exercised all due care and caution for his safety and the safety of others.

## CAUSES OF ACTION
## FIRST CLAIM FOR RELIEF: NEGLIGENCE

12.  Plaintiff re-alleges and incorporates herein paragraphs 1 through 11.

13.  As a proximate result of the reckless indifference to the safety of others and gross negligence of Ms. Yoon and her failure to comply with the CNMI traffic rules, including failing

to keep a proper look-out, Mr. Suzuki suffered physical injuries requiring the services of physicians, nurses, and other medical and rehabilitative personnel. Mr. Suzuki suffered physical and emotional damages, all to his damage in an amount to be proven at trial. At the time of the filing of this Complaint, Mr. Suzuki has not fully recovered from his losses, and the damages continue to accrue in amounts to be proven at trial.

14. As a further proximate result of the recklessness and gross negligence of Ms. Yoon, Mr. Suzuki has suffered property damages in amounts which will be proven at trial.

15. As a further direct and proximate result of the recklessness and gross negligence of Ms. Yoon, Mr. Suzuki has suffered damages such as lost wages, all to his damage in amounts which will be determined at trial.

16. As a further and proximate result of the recklessness and negligence of Ms. Yoon, Mr. Suzuki suffered and continues to suffer severe and permanent physical and mental pain and anguish, all to his damage in amount to be proven at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

a. For general, statutory and special damages in an amount to be proven at trial;
b. For pre-judgment and post-judgment interest as allowed by law;
c. For costs of suit herein; and
d. For such other and equitable relief as this Court deems just and proper.

Date: January 31, 2008.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Robert Chin Suzuki

By: _____
DAVID G. BANES
Bar ID No. F0171

K:\David Banes\3444-01 Robert Suzuki\3444-01-080128-Complaint.DCrt.MV.doc