1  **DAVID G. BANES, Esq.**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**

5  **Attorneys for Plaintiff**
   **Robert Chin Suzuki**

**IN THE SUPERIOR COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **ROBERT CHIN SUZUKI,** | ) | **CIVIL CASE NO. 08-0005** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **EXHIBIT TO COMPLAINT** |
| **MING HUA Q. YOON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached is a true and correct copy of the Traffic Crash Report, Exhibit "A" to the Complaint.

Date: February 5, 2008.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Robert Chin Suzuki

By: ____/s/_____
       DAVID G. BANES
       Bar ID No. F0171

1