


# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
*Department of Public Safety*

## TRAFFIC CRASH REPORT

**SPECIAL CONDITIONS:** N/A
**NUMBER INJURED:** 1
**NUMBER KILLED:** 0
**HIT & RUN FELONY:** 0
**HIT & RUN MISDEMEANOR:** 0
**CITY:** Saipan M.P. 96950
**COUNTY:** Gualo Rai
**REPORTING DISTRICT:**
**BEAT:**
**DISTRICT:**
**LOCAL REPORT NUMBER:** 07-10892 Auto-Auto
**NCIC #:**
**OFFICER I.D.:** P-224

**LOCATION — CRASH OCCURRED ON:** Gualo Rai Traffic Light
**MILEPOST:**
**FEET/MILES AT INTERSECTION WITH:**
**MO. DAY YEAR:** 10 24 07
**TIME (2400):** 0810
**DAY OF WEEK:** W
**TOW AWAY:** YES
**TYPE OF CRASH:** TRAFFIC
**PHOTOGRAPHS BY:** NONE

### PARTY 1
**DRIVER'S LICENSE NUMBER:** 1412-91
**STATE:** MP
**CLASS:**
**SAFETY:**
**NAME (FIRST, MIDDLE, LAST):** Suzuki Robert Chin
**STREET ADDRESS:** Chalan Galaidai
**CITY/STATE/ZIP:** Saipan M.P. 96950
**SEX:** M **HAIR:** Bro **EYES:** Blk **HEIGHT:** 5'4 **WEIGHT:** 232 **BIRTHDATE:** 3 20 75 **RACE:** Cham
**HOME PHONE:**
**BUSINESS PHONE:** 287-4672
**INSURANCE CARRIER:** AIUP
**POLICY NUMBER:** PP0400126
**DIR OF TRAVEL:** South **ON STREET OR HIGHWAY:**
**SPEED LIMIT:** 35 MPH
**VEH. YEAR MAKE/MODEL/COLOR:** 1997 Toyota T-100 Purp
**LICENSE NUMBER:** Kuling **STATE:** M.P.
**OWNER'S NAME:** Inoke Ferdinand
**OWNER'S ADDRESS:** Kagman
**DISPOSITION OF VEHICLE ON ORDERS OF:** Tow to Auto-Motion — OTHER
**PRIOR MECHANICAL DEFECTS:** NONE APPARENT
**DESCRIBE VEHICLE DAMAGE:** MOD.

### PARTY 2
**DRIVER'S LICENSE NUMBER:** 0709 2001
**STATE:** M.P.
**NAME (FIRST, MIDDLE, LAST):** Ming Hua Q Yoon
**STREET ADDRESS:** Garapan
**CITY/STATE/ZIP:** Saipan M.P. 96950
**SEX:** F **HAIR:** Bro **EYES:** Blk **HEIGHT:** 5'3 **WEIGHT:** 110 **BIRTHDATE:** 3 15 70 **RACE:** Chin
**HOME PHONE:** 483-3599
**INSURANCE CARRIER:** Century
**POLICY NUMBER:** MCPCSA-1157
**DIR OF TRAVEL:** East
**SPEED LIMIT:** 35 MPH
**VEH. YEAR MAKE/MODEL/COLOR:** 2004 Toyo Camry Silv
**LICENSE NUMBER:** ACE355 **STATE:** M.P.
**OWNER'S NAME:** SAME AS DRIVER
**OWNER'S ADDRESS:** SAME AS DRIVER
**DISPOSITION OF VEHICLE ON ORDERS OF:** Tow to Microl Corp. — DRIVER
**PRIOR MECHANICAL DEFECTS:** NONE APPARENT
**DESCRIBE VEHICLE DAMAGE:** MOD.

### PARTY 3
(blank)

**PREPARER'S NAME:** Pos. J.T. DL Guerrero
**DISPATCH NOTIFIED:** YES
**REVIEWER'S NAME:** (signature)
**DATE REVIEWED:** 10-30-07

 

| DATE OF CRASH (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 10 24 07 | 0810 | | P-224 | 07-10892 |

**PROPERTY DAMAGE**
- OWNER'S NAME
- OWNER'S ADDRESS
- DESCRIPTION OF DAMAGE
- NOTIFIED: ☒ YES ☐ NO

### SEATING POSITION
```
    A
  1 2 3
  4 5 6
    7
```
1 - DRIVER
2 TO 6 - PASSENGER
7 - STATION WAGON REAR
8 - REAR OCC. TRK OR VAN
9 - POSITION UNKNOWN
0 - OTHER

**OCCUPANTS / HELMETS**
- A- NONE IN VEHICLE
- B- UNKNOWN
- C- LAP BELT USED  *(marked)*
- D- LAP BELT NOT USED
- E- SHOULDER HARNESS USED
- F- SHOULDER HARNESS NOT USED
- G- LAP/SHOULDER HARNESS USED
- H- LAP/SHOULDER HARNESS NOT USED
- J- PASSIVE RESTRAINT USED
- K- PASSIVE RESTRAINT NOT USED

**SAFETY EQUIPMENT**
- L- AIR BAG DEPLOYED
- M- AIR BAG NOT DEPLOYED
- N- OTHER
- P- NOT REQUIRED

**CHILD RESTRAINT**
- Q- IN VEHICLE USED
- R- IN VEHICLE NOT USED
- S- IN VEHICLE USE UNKNOWN
- T- IN VEHICLE IMPROPER USE

**M/C BICYCLE**
- DRIVER: V- NO / W- YES
- PASSENGER: X- NO / Y- YES

**EJECTED FROM VEHICLE**
- 0- NOT EJECTED  *(marked)*
- 1- FULLY EJECTED
- 2- PARTIALLY EJECTED
- 3- UNKNOWN

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE

**PRIMARY COLLISION FACTOR**
LIST NUMBER (#) OF PARTY AT FAULT: (1)
- A  VC SECTION VIOLATED: 9 CMC 5352A  CITED ☐ YES ☒ NO
- B  OTHER IMPROPER DRIVING
- C  OTHER THAN DRIVER
- D  UNKNOWN*
- E  FELL ASLEEP

**TRAFFIC CONTROL DEVICES** — 1 2 3
- A CONTROLS FUNCTIONING — ✓
- B CONTROLS NOT FUNCTIONING
- C CONTROLS OBSCURED
- D NO CONTROLS PRESENT / FACTOR

**TYPE OF COLLISION**
- A HEAD-ON
- B SIDE SWIPE
- C REAR END
- D BROADSIDE — ✓
- E HIT OBJECT
- F OVERTURNED
- G VEHICLE / PEDESTRIAN
- H OTHER*

**TYPE OF VEHICLE** — 1 2 3
- A PASSENGER CAR / STATION WAGON — ✓
- B PASSENGER CAR W/ TRAILER — ✓
- C MOTORCYCLE / SCOOTER
- D PICKUP OR PANEL TRUCK
- E PICKUP / PANEL TRUCK W/ TRAILER
- F SCHOOL BUS
- G OTHER BUS
- H EMERGENCY VEHICLE
- I HIGHWAY CONST. EQUIPMENT
- J BICYCLE
- K OTHER VEHICLE
- L PEDESTRIAN
- M MOPED

**MOVEMENT PRECEDING COLLISION** — 1 2 3
- A STOPPED
- B PROCEEDING STRAIGHT
- C RAN OFF ROAD
- D MAKING RIGHT TURN
- E MAKING LEFT TURN
- F MAKING U TURN
- G BACKING
- H SLOWING / STOPPING
- I PASSING VEHICLE
- J CHANGING LANES
- K PARKING MANEUVER
- L ENTERING TRAFFIC
- M OTHER UNSAFE TURNING
- N XING INTO OPPOSING LANE
- O PARKED
- P MERGING
- Q TRAVELING WRONG WAY
- R OTHER

**WEATHER (MARK 1 TO 2 ITEMS)**
- A CLEAR — ✓
- B CLOUDY — ✓
- C RAINING
- D FOG / VISIBILITY ____ FT
- E OTHER
- F WIND

**MOTOR VEHICLE INVOLVED WITH**
- A NON-COLLISION
- B PEDESTRIAN
- C OTHER MOTOR VEHICLE
- D MOTOR VEHICLE ON OTHER ROADWAY
- E PARKED MOTOR VEHICLE
- F BICYCLE
- G ANIMAL
- H FIXED OBJECT
- I OTHER OBJECT

**LIGHTING**
- A DAYLIGHT — ✓
- B DUSK - DAWN
- C DARK - STREET LIGHTS
- D DARK - NO STREET LIGHTS NOT
- E DARK - STREET LIGHTS NOT FUNCTIONING

**ROADWAY SURFACE**
- A DRY — ✓
- B WET
- C SLIPPERY (MUDDY, OILY, ETC.)
- D ROAD WIDTH
- E NUMBER OF LANE

**ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS)**
- A HOLES, DEEP RUT*
- B LOOSE MATERIAL ON ROADWAY*
- C OBSTRUCTION ON ROADWAY*
- D CONSTRUCTION - REPAIR ZONE
- E REDUCED ROADWAY WIDTH
- F FLOODED*
- G OTHER*
- H NO UNUSUAL CONDITIONS

**PEDESTRIAN'S ACTION**
- A NO PEDESTRIANS INVOLVED
- B CROSSING IN CROSSWALK AT INTERSECTION
- C CROSSING IN CROSSWALK - NOT AT INTERSECTION
- D CROSSING - NOT IN CROSSWALK
- E IN ROAD - INCLUDED SHOULDER
- F NOT IN ROAD
- G APPROACHING

**OTHER ASSOCIATED FACTORS (S)** — 1 2 3
- A VC SECTION VIOLATED  CITED ☐ YES ☐ NO
- B VC SECTION VIOLATED  CITED ☐ YES ☐ NO
- C VC SECTION VIOLATED  CITED ☐ YES ☐ NO
- D
- E VISION OBSCUREMENT
- F INATTENTION*
- G STOP & GO TRAFFIC
- H
- I PREVIOUS COLLISION
- J UNFAMILIAR WITH ROAD
- K DEFECTIVE VEH EQUIP: CITED ☐ YES ☐ NO
- L UNINVOLVED VEHICLE
- M OTHER*
- N NONE APPARENT
- O RUNAWAY VEHICLE

**SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS)** — 1 2 3
- A HAD NOT BEEN DRINKING
- B HBD - UNDER INFLUENCE
- C HBD - NOT UNDER INFLUENCE*
- D HBD - IMPAIRMENT UNKNOWN*
- E HBD - LOW BAC
- F UNDER DRUG INFLUENCE*
- G IMPAIRMENT - PHYSICAL*
- H IMPAIRMENT NOT KNOWN
- I NOT APPLICABLE
- J SLEEPY/FATIGUED

**SPECIAL INFORMATION**
- A HAZARDOUS MATERIAL

### SKETCH / MISCELLANEOUS

*Sketch notes:*
- Northbound [crossed out] Southbound outer lane
- inner lane
- To Marpac
- Gualo Rai Traffic Light
- Ruling
- Southbound inner lane
- Southbound outer lane
- To ONC
- INDICATE NORTH

 

**TRAFFIC CRASH REPORT**
**INJURED / WITNESS / PASSENGERS**
**SUPPLEMENTAL FORM**

Page ___ of ___

| DATE OF CRASH (MO DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 10 24 07 | 0810 | | P-224 | 07-10892 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) ||||INJURED WAS ("X" ONE) |||||PARTY NUMBER | SEAT POS. | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | | | |

NAME/D.O.B./ADDRESS: SUZUKI Robert Chin / 3·20·75

(INJURED ONLY) TRANSPORTED BY: Medix   TAKEN TO: C.H.C.

DESCRIBE INJURIES: Chest Pain

See Doctor's report.

PREPARER'S NAME: P.O.3. J.T. D.L. Guerrero   I.D. NUMBER: P-224   MO. DAY YEAR: 10 24 07   REVIEWER'S NAME: [signature] Joseph R Flores   MO. DAY YEAR: 10-30-07