FILED
Clerk
District Court

FEB 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
Ming Hua Q. Yoon

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| ROBERT CHIN SUZUKI, | CIVIL ACTION NO. 08-0005 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION |
| MING HUA Q. YOON, | |
| Defendant. | |

Comes now counsel for the Plaintiff and counsel for Defendant Ming Hua Q. Yoon and hereby stipulate that the time for Defendant Ming Hua Q. Yoon to file her answer to Plaintiff's Complaint shall be extended from February 28, 2008 to March 28, 2008.

IT IS SO STIPULATED.

CARLSMITH BALL LLP

DATED: Saipan, MP, February 29, 2008.

/s/ John D. Osborn
JOHN D. OSBORN
Attorneys for Defendant
Ming Hua Q. Yoon

///

///

4840-2047-5650.1.057606-00002

1
2
                                              O'CONNOR BERMAN DOTTS & BANES
3
   Dated: Saipan, MP February 29, 2008.    /s/ David G. Banes
4                                           DAVID G. BANES
                                            Attorneys for Plaintiff
5                                           Robert Chin Suzuki
6
7
8                                    **O R D E R**

9      The Stipulation of the parties set forth above is hereby approved by the Court.

10     IT IS SO ORDERED.
11
12
       ENTERED: ___2-27___, 2008        _____
13                                              ALEX R. MUNSON
                                                    Judge
14
15
16
17
18
19
20
21
22
23
24   **RECEIVED**
25      FEB 29 2008
26         Clerk
         District Court
27   The Northern Mariana Islands
28

4840-2047-5650.1.057606-00002                    -2.-