1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
Ming Hua Q. Yoon

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| ROBERT CHIN SUZUKI, | CIVIL ACTION NO. 08-0005 |
|---|---|
| Plaintiff, | CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT MING HUA Q. YOON |
| vs. | |
| MING HUA Q. YOON, | Date: April 29, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendant. | |

Comes now the Defendant Ming Hua Q. Yoon and pursuant to LR16.2CJ and Federal Rules of Civil Procedure 16(b) and (c), and files her Case Management Conference Statement.

a. <u>Service of Process</u>: Service of process is complete and is not an issue.

b. <u>Jurisdiction and Venue</u>: Jurisdiction and Venue are not an issue.

c. <u>Track Assignment</u>: Standard track.

d. <u>Anticipated Motions</u>: Defendant anticipates that dispositive motions may be filed at a future date.

e. <u>Special Procedures</u>: No special procedures are necessary.

f. <u>Modification of Standard Pretrial Procedures</u>: No modification of standard pretrial procedures is necessary in this case.

4830-3076-1218.1.057606-00051

1       g.    <u>Settlement Prospects</u>:  Unknown at this time as discovery is now being initiated.

2       h.    <u>Other Matters</u>:  Defendant leaves to the Court's discretion the setting of various dates for completion of discovery, disclosure of expert witnesses, completion of expert witness discovery, discovery motions, dispositive motions, Status Conference, Settlement Conference and Pre-Trial Conference, and trial date.

CARLSMITH BALL LLP

DATED: Saipan, MP, April 15, 2008.    */s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
MING HUA Q. YOON

4830-3076-1218.1.057606-00051    -2.-