CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Ming Hua Q. Yoon

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT CHIN SUZUKI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MING HUA Q. YOON,<br><br>　　　　Defendant. | CIVIL ACTION NO. 08-0005<br><br>PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT MING HUA Q. YOON<br><br>Date:　　April 29, 2008<br>Time:　　9:30 a.m.<br>Judge:　Hon. Alex R. Munson |

Comes now Defendant Ming Hua Q. Yoon and pursuant to LR 16.2 CJ (d) and Federal Rules of Civil Procedure 26(a), by and through her attorneys of record, Carlsmith Ball, LLP, and hereby files her Pre-Discovery Disclosure Statement.

A.　　Individuals likely to have Discoverable Information

| Name | Likely Subject of Information |
|---|---|
| Defendant Ming Hua Q. Yoon | Incident of October 24, 2007 |
| Plaintiff Robert Chin Suzuki | Incident of October 24, 2007 |

4823-4296-0898.1.057606-00051

B. <u>Description of documents and tangible things in the custody and control of Defendant that are relevant to disputed facts alleged with particularity in the pleadings</u>

Post accident photographs of the vehicles involved in the accident, Motor Car Accident Report Form, various repair estimates on the Plaintiff vehicle, DPS Traffic Crash Report.

C. <u>Computation of Damages</u>

No computation of damages has been made by Defendant as of this date.

D. <u>Insurance Agreement</u>

The insurance agreement applicable to the incident of October 24, 2007 will be provided to Plaintiff's counsel prior to the Case Management Conference.

CARLSMITH BALL LLP

DATED: Saipan, MP, April 15, 2008.

*/s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
MING HUA Q. YOON