FILED
Clerk
District Court

APR 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ROBERT CHIN SUZUKI,

Plaintiff,

vs.

MING HUA Q. YOON,

Defendant.

Civil Action No. 08-0005

Case Management Scheduling Order

David B. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96952

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on April 29, 2008. As a result of the conference,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

1

AO 72
(Rev. 08/82)

IT IS ORDERED THAT:

1. All parties are to be joined on or before July 31, 2008.

2. All motions to amend pleadings shall be filed on or before July 31, 2008.

3. All fact discovery shall be served by September 30, 2008.

4. All fact discovery motions shall be filed so as to be heard on or before November 20, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - October 31, 2008.

6. Defendant and third-party defendant expert disclosure - December 1, 2008.

7. Expert discovery shall be completed by January 15, 2009.

8. A status conference will be held on August 22, 2008, at 9:00 a.m.

9. All dispositive motions shall be heard on or before January 22, 2009. Said motions shall be filed in accordance with Local Rules 7.1.

10. A settlement conference will be held on June 27, 2008, at 8:30 a.m.
    A settlement conference will be held on September 26, 2008, at 9:30 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by January 26, 2009.

12. A final pretrial conference will be held on January 30, 2009, at 9:00 a.m.

13. The trial in this case shall begin on February 9, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 29th day of April, 2008, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson