F I L E D
Clerk
District Court

MAY - 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT CHIN SUZUKI, | Civil Action No. 08-0005 |
| Plaintiff, | |
| vs. | Order Rescheduling Settlement Conference |
| MING HUA Q. YOON, | |
| Defendant. | |

David B. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96952

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

IT IS ORDERED that the Settlement Conference in this case scheduled for June 27, 2008, is rescheduled to June 23, 2008, at 10:00 a.m.

DATED this 6th day of May, 2008.

_____
Judge Alex R. Munson