1    CARLSMITH BALL LLP

2    JOHN D. OSBORN
     Carlsmith Building, Capitol Hill
3    P.O. Box 5241
     Saipan, MP 96950-5241
4    Tel No. 670.322.3455

5    Attorneys for Defendant
     Ming Hua Q. Yoon
6

7

8

9                    UNITED STATES DISTRICT COURT

10                              FOR THE

11                  NORTHERN MARIANA ISLANDS

12   ROBERT CHIN SUZUKI,                 CIVIL ACTION NO. 08-0005

13           Plaintiff,

14       vs.                             NOTICE OF SERVICE OF DISCOVERY
                                         RESPONSES
15   MING HUA Q. YOON,

16           Defendant.

17

18

19           Comes now John D. Osborn, attorney of record for Defendant Ming Hua Q. Yoon and

20   hereby gives notice that on May 8, 2008 he caused to be served on David G. Banes, Esq.,

21   counsel of record for Plaintiff herein, at his address at O'Connor Berman Dotts &Banes, 2nd

22   Floor, Nauru Building, P.O. Box 1969, Saipan, MP 96950, the original and one copy of the

23   following by delivering same to counsel or the persons in charge of his office.

24       1.    Response of Defendant Ming Hua Q. Yoon to Plaintiff's Request for Production
               of Documents.
25
         2.    Response of Defendant Ming Hua Q. Yoon to Plaintiff's First Set of
26             Interrogatories

27

28

4828-8861-6706.1.057606-00051

1

2                                              CARLSMITH BALL LLP

3

4    DATED: Saipan, MP, May 9, 2008.          /s/ John D. Osborn
                                              JOHN D. OSBORN
5                                             Attorneys for Defendant
                                              MING HUA Q. YOON
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28